UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:17-cr-00055-TWP-DML |
| TERRON T. NEWBOLT, | ) ) | -01 |
| Defendant. | ) ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 3, 2021, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (Dkt. 53). The parties waived the fourteen-day period to object to the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

As per the Report and Recommendation, Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. Defendant is remanded to the custody of the U.S. Marshals Service.

IT IS SO ORDERED.

Date:  8/4/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Cindy Jane Cho
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
cindy.cho@usdoj.gov

Barry D. Glickman
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
barry.glickman@usdoj.gov